UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY C. McKETTRICK, | ) | No. CV 05-03002-RGK (VBK) |
| Petitioner, | ) ) | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF |
| v. | ) ) | THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE |
| JAMES A. YATES, WARDEN, | ) ) | FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. §636, the Court has made a _de novo_ review of the Petition for Writ of Habeas Corpus and First Amended Petition for Writ of Habeas Corpus ("First Amended Petition"), Respondent's Answer, Supplemental Brief and Supplemental Answer, Petitioner's Traverse and Supplemental Reply to Respondent's Answer, Petitioner's Objections to the Report and Recommendation, and all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

//

//

//

//

1    **IT IS ORDERED** that: (1) the Court accepts and adopts the Report
2 and Recommendation, and (2) Judgment be entered dismissing the First
3 Amended Petition and the entire action with prejudice.

5 DATED: October 6, 2008

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE