UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY C. McKETTRICK, | ) | No. CV 05-03002-RGK (VBK) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES A. YATES, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the First Amended Petition for Writ of Habeas Corpus ("First Amended Petition") with prejudice,

**IT IS ADJUDGED** that the First Amended Petition and the entire action is dismissed with prejudice.

DATED: October 6, 2008

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE